**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LPL FINANCIAL, LLC,
4707 Executive Drive
San Diego, CA 92121

                        Petitioner,

v.

MARY CECELIA COLLINS, as Surviving Trustee of
the DAVID C. and MARY C. COLLINS FAMILY
TRUST dated 01/20/97; MARY CECELIA COLLINS,
as Trustee of the MARY C. COLLINS 1997 TRUST
U/A dated 01/20/1997; and MARY CECELIA
COLLINS, as Successor Trustee of the DAVID C.
COLLINS 1997 TRUST U/A dated 01/20/1997,

Serve at:
3876 Learning Tree Lane
Delaplane, VA 20144

                        Respondent.

Case No. 1:25-cv-03935

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE THAT, upon Petitioner's Memorandum of Law in Support of Petitioner's Motion for Default Judgment against Respondent Mary Cecelia Collins for failure to appear in this action or answer the Petition filed therein, the Declaration of Nicholas C. Friedman and the exhibits annexed thereto, and upon all pleadings and prior proceedings hereto, Petitioner LPL Financial, LLC will move this Court, before the Honorable Royce C. Lamberth, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue NW, Washington, DC 20001, at such time, date and place as decreed by the Court, for an order and default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

Dated: McLean, Virginia
      January 13, 2026

GREENBERG TRAURIG, LLP

By: */s/ Timothy C. Bass*
Timothy C. Bass (DC Bar No. 457109)
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
Tel:  703.749.1367
Fax: 703.749.1301
Email: basst@gtlaw.com
*Attorneys for Petitioner*
*LPL Financial, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on this 13th day of January, 2026, I mailed a courtesy copy of the foregoing Motion for Default Judgment to the following individuals:

> Westside Investment Management, Inc.
> 2444 Wilshire Blvd
> Suite 303
> Santa Monica, CA 90403
>
> James Frawley
> c/o Westside Investment Management, Inc.
> 2444 Wilshire Blvd
> Suite 303
> Santa Monica, CA 90403

> By: */s/ Timothy C. Bass*
> Timothy C. Bass
> *Attorneys for Petitioner*
> *LPL Financial, LLC*

3